**THE UNITED STATES OF AMERICA**

| Receipt | | |
|---|---|---|
| **CASE TYPE** | | **NOTICE DATE** September 13, 2005 |
| N400 Application For Naturalization | | **INS A#** A 076 103 793 |
| **APPLICATION NUMBER** ESC*001484382 | **RECEIVED DATE** September 06, 2005 | **PRIORITY DATE** September 06, 2005 |
| | | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

MUMTAZ KHAN
c/o JOHN ASSADI ESQ
ASSADI & MARKS LLP
200 WEST 57TH STREET SUITE 900
NEW YORK NY 10019

**PAYMENT INFORMATION:**

Single Application Fee:        $390.00
Total Amount Received:     $390.00
Total Balance Due:               $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              March 08, 1966
Address Where You Live:   337 WEST 43RD STREET APT 6B
                           NEW YORK NY 10036

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

EXHIBIT

REPRESENTATIVE COPY

ESC$001463040

Form I-797C (Rev. 08/31/04) N