Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action



| Interview Descheduled by INS | | | NOTICE DATE<br>January 05, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 076 103 793 |
| APPLICATION NUMBER<br>ESC*001484382 | RECEIVED DATE<br>September 06, 2005 | PRIORITY DATE<br>September 06, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MUMTAZ KHAN
c/o JOHN ASSADI ESQ
ASSADI & MARKS LLP
200 WEST 57TH STREET SUITE 900
NEW YORK NY 10019

This is to advise you that, due to unforeseen circumstances, we have had to cancel the previously scheduled interview on Wednesday, February 01, 2006    at 12:05 PM    for the above applicant. We regret any inconvenience this may cause.

We will advise you of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
USCIS 7TH FLOOR ROOM 7-700
26 FEDERAL PLAZA
NEW YORK NY 10278-

**INS Customer Service Number:**
(800) 375-5283



Form I-797C (Rev. 01/31/05) N