UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------:

| | |
|---|---|
| **Mumtaz KHAN** <br> **(Immigration File #A076 103 793),** <br> Petitioner <br><br> -against- <br><br> **U.S. CITIZENSHIP & IMMIGRATION SERVICE, OFFICE OF U.S. ATTORNEY, NEW YORK DISTRICT, U.S. ATTORNEY GENERAL, FEDERAL BUREAU OF INVESTIGATION** <br><br> Respondents | **CERTIFICATE OF SERVICE** <br><br> 07 CV 6796 |

-----------------------------------------------------------:

I, Vidhi R. Shah, hereby declare:

I am over the age of eighteen years and not a party to the above-captioned action. My business address is 200 West 57th Street, Suite 900, New York, NY 10019.

On July 30, 2007, I cause the enclosed documents as follows:

- Civil Cover Sheet
- Complaint for Mandamus
- Summons in a Civil Case
- Proof of Service
- District Judge Preska's Individual Rules
- Magistrate Judge Peck's Individual Rules
- USDC/SDNY Instructions for Filing an Electronic Case or Appeal
- USDC/SDNY Procedures for Electronic Case Filing
- USDC/SDNY Guidelines for Electronic Case Filing

to be served by certified mail to the following parties in said action by placing them in an envelope and mailing said envelope to the addresses set forth below:

1. Federal Bureau of Investigation
   J. Edgar Hoover Building
   935 Pennsylvania Avenue, NW
   Washington, DC 20535-0001

2. Office of the U.S. Attorney
   Southern District of New York
   86 Chambers Street, 3rd Fl.
   New York, NY 10007

3. Honorable Alberto Gonzales
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

4. Office of District Counsel
   U.S. Citizenship and Immigration Services
   26 Federal Plaza
   New York, NY 10278

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES that the foregoing is true and correct.

Executed on July 30, 2007 at New York, New York.

_____
Vidhi R. Shah