

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

October 1, 2007

BY FACSIMILE

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 1320
New York, New York 10007
Facsimile: (212) 805-7941

    Re: *Mumtaz Khan v. U.S. Citizenship & Immigration Service, et al.*,
       No. 07 Civ. 6796 (LAP) (AJP)

Dear Judge Preska:

  This Office represents the defendants in the above-referenced action, which seeks to compel various federal agencies to complete their adjudication of plaintiff's naturalization application. I write to request a one-month extension of the date for the Government to answer or otherwise respond to the complaint (currently October 1, 2007). The principal reason for this request is that I have not yet received the administrative file in this case from the Department of Homeland Security. This is the Government's first request for an adjournment of the answer date. Plaintiff's counsel consents to this request.

  Thank you for your consideration.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
October 1, 2007

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
MATTHEW L. SCHWARTZ
Assistant United States Attorney
Telephone: (212) 637-1945
Facsimile: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

cc: <u>BY FACSIMILE</u>

Rakhel Speyer Milstein, Esq.
Assadi & Marks, LLP
200 West 57th Street, Suite 900
New York, New York 10019
Facsimile: (212) 643-9192