

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

December 6, 2007

BY HAND

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 1320
New York, New York 10007

    Re:    *Mumtaz Khan v. U.S. Citizenship & Immigration Service, et al.*,
              No. 07 Civ. 6796 (LAP) (AJP)

Dear Judge Preska:

       This Office represents the defendants in the above-referenced action, which seeks to compel various federal agencies to complete their adjudication of plaintiff's naturalization application. I write in response to plaintiff's counsel's letter dated yesterday, which indicates that the parties "wish to move forward with the briefing schedule" on defendants' motion to dismiss for lack of subject matter jurisdiction. I have conferred with counsel for the plaintiff, and the parties respectfully propose the following briefing schedule:

        Defendants to move by February 15, 2008
        Plaintiff to oppose by March 17, 2008
        Defendants to reply by March 31, 2008

The parties respectfully request that the Court so-order this schedule. Thank you for your consideration of this request.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
December 7, 2007

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
MATTHEW L. SCHWARTZ
Assistant United States Attorney
Telephone: (212) 637-1945
Facsimile: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

cc: <u>BY FACSIMILE</u>

    Rakhel Speyer Milstein, Esq.
    Assadi & Marks, LLP
    200 West 57th Street, Suite 900
    New York, New York 10019
    Facsimile: (212) 643-9192