United States Attorney for the
Southern District of New York
By:  MATTHEW L. SCHWARTZ
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-1945
Fax: (212) 637-2750
E-mail:  matthew.schwartz@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MUMTAZ KHAN
(Immigration File #A076 103 793),

               Petitioner,

            - against -

U.S. CITIZENSHIP & IMMIGRATION
SERVICE, OFFICE OF U.S. ATTORNEY,
NEW YORK DISTRICT, U.S. ATTORNEY
GENERAL, FEDERAL BUREAU OF
INVESTIGATION,

               Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF MOTION**

Filed Electronically

No. 07 Civ. 6796 (LAP) (AJP)

      PLEASE TAKE NOTICE that upon the annexed Declaration of Michael A. Cannon; the annexed Declaration of Heidi Bijolle, and the exhibit annexed to it; the accompanying memorandum of law; and upon all the pleadings heretofore filed in this action, respondents United States Citizenship & Immigration Service, United States Attorney's Office for the Southern District of New York, the Attorney General of the United States, and the Federal Bureau of Investigation (collectively, the "Government"), by their attorney Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable

Loretta A. Preska, United States District Judge, at the United States Courthouse, Courtroom 12A, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, granting the Government's motion to dismiss for lack of subject matter jurisdiction, and dismissing this action in its entirety, as well as for such other relief as the Court deems just and proper.

Dated:   New York, New York
         March 21, 2008

                            MICHAEL J. GARCIA
                            United States Attorney
                            Attorney for the Respondents

             By:   /s/ Matthew L. Schwartz
                            MATTHEW L. SCHWARTZ
                            Assistant United States Attorney
                            Telephone: (212) 637-1945
                            Facsimile:  (212) 637-2750
                            E-mail:  matthew.schwartz@usdoj.gov