JOHN ASSADI*
RAKHEL SPEYER MILSTEIN

KATIE DESMOND*
CHRISTINE KOSZKUL, OF COUNSEL

WEST PALM BEACH, FLORIDA
AILEEN NAJA JOSEPHS, OF COUNSEL*

*NOT ADMITTED IN NEW YORK

**Assadi & Milstein, LLP**

ATTORNEYS AT LAW

200 WEST 57TH STREET, SUITE 900
NEW YORK, NEW YORK 10019

TEL (212) 981-1981
FAX (212) 980-2968
E-MAIL: rmilstein@assadimilstein.com
www.assadimilstein.com

April 3, 2008

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

**BY MESSENGER**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 1320
New York, NY 10007

Re:   *Mumtaz KHAN (A076 103 793) v. USCIS et al.*
       No. 07 Civ. 6796 (LAP) (AJP)

Dear Judge Preska:

We submit this letter to request an extension to respond to defendant's Motion to Dismiss in the above referenced matter.

Currently, we are to file our opposition to the Motion to Dismiss on April 4, 2008. We respectfully request an extension of the briefing schedule, should the Court permit, to the following:

   Plaintiff to Oppose by April 11, 2008       ⎤  Granted
   Defendants to Reply by April 25, 2008       ⎦  KMW

This is the Plaintiff's first request for an extension of the briefing schedule. Defendant's counsel does not oppose this extension.

Thank you for your consideration of this request.

Respectfully,

Rakhel Speyer Milstein

4-4-08
SO ORDERED, N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

Part I

Cc:   **BY FACSIMILE**
       Office of the U.S. Attorney
       Southern District of New York
       86 Chambers Street, 3rd Fl.
       New York, NY 10007
       Attn: Matthew Schwartz
       Facsimile: (212) 637-2750