USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

July 23, 2008

<u>BY HAND</u>

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 1320
New York, New York 10007

RECEIVED
JUL 2 3 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

Re: *Mumtaz Khan v. U.S. Citizenship & Immigration Service, et al.,*
No. 07 Civ. 6796 (LAP) (AJP)

Dear Judge Preska:

This Office represents the defendants in the above-referenced action, which sought to compel various federal agencies to complete their adjudication of plaintiff's naturalization application. I am pleased to report that the agencies have now done so, providing the plaintiff with all of the relief requested and rendering this action moot. (The application was approved, and the plaintiff is scheduled to be sworn in as a citizen on August 8th; a copy of the notice is enclosed). The Government therefore respectfully requests that the action be dismissed as moot.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
MATTHEW L. SCHWARTZ
Assistant United States Attorney
Telephone: (212) 637-1945
Facsimile: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov

enclosure

*[Handwritten annotation:]* The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

So ordered
Loretta A. Preska
August 4, 2008            USDJ